IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC BUNN, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 2:23-cv-00282-NR |
| v. | ) ) Judge J. Nicholas Ranjan |
| UPMC EAST, | ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties, through their attorneys, hereby file this Joint Stipulation of Dismissal with Prejudice. This matter is completely and finally dismissed with prejudice.

SCHNADER HARRISON SEGAL
& LEWIS LLP

/s/ *Karen Baillie*
Karen Baillie, Pa. 66780
Fifth Avenue Place, Suite 2700
120 Fifth Avenue
Pittsburgh, PA 15222
(412) 577-5118
kbaillie@schnader.com;

*Counsel for Defendant, UPMC East*

Isaac Bunn, Plaintiff
128 ½ June Way
Braddock, PA 15104
vortex4eib21@hotmail.com

*PRO SE*

Dated: April 28, 2023

It is so ORDERED this _____ day of _____, 2023.

_____
Judge J. Nicholas Ranjan
United States District Judge